UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STASON SUTTON,

                              Plaintiff,

             -against-

130W42 OPCO LLC AND MIXX LIFESTYLE
INC. D/B/A NEBULA

                              Defendants.
-----------------------------------------------------------x

**Docket No. 1:23-cv-10743
(JPO)(RWL)**

**NOTICE OF MOTION FOR
DEFAULT JUDGMENT**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of Glen H. Parker, Esq., and the exhibits annexed thereto, and all the prior proceeding had herein, plaintiff will move this Court before the Honorable J. Paul Oetken, at the United State Courthouse, New York, New York on a date to be determined by the Court for an Order, pursuant to Rules 55(b)(2) and 65 of the Federal Rules of Civil Procedure and pursuant to Rule 55.2(b) of the Local Civil Rules for the Southern District of New York, granting Plaintiff a default judgment against the Defendants with an injunction affirmatively enjoining Defendants to remediate their public accommodation in compliance with the 2010 ADA Standards for Accessible Design, and for such other and further relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda, if any, shall be served within fourteen (14) days after service of the moving papers, and reply affidavits and memoranda of law, if any, shall be served within seven (7) days after service of the

answering papers. In computing period of days, refer to Federal Rule of Civil Procedure 6 and Local Civil Rule 6.4.

DATED:   June 10, 2024
            New York, New York

                          **THE PARKER LAW GROUP P.C.**

                      By:_____/s/_____
                           Glen H. Parker, Esq.
                           Attorneys for Plaintiff
                           28 Valley Road
                           Montclair, New Jersey 07042
                           Telephone: (347) 292-3042
                           Email:ghp@parkerlawusa.com